**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**ARRON JOHNSON et al,**
Plaintiff,

v.

**UNIVERSITY OF DENVER et al,**
Defendant.

**Civil Action No. 1:25-cv-03566-NYW-TPO**

---

# NOTICE OF ENTRY OF APPEARANCE

---

Kashayla L. Unis, Esq., an attorney in good standing of this Honorable Court, hereby enters her appearance as counsel of record for Plaintiff Arron Johnson et al.

Dated this 27th day of July 2026.

Respectfully submitted,
*s/ Kashayla L. Unis, Esq.*

Kashayla L. Unis , Esq.
For the People Legal, LLC
110 16th Street
Suite 1400, No. 1001
Denver, CO 80202
Telephone: 720.380.4408
Email: kashayla@forthepeoplelegal.com
Counsel for Plaintiff Arron Johnson et al

**CERTIFICATE OF SERVICE**

I hereby certify that on July 27, 2026, I electronically filed the foregoing **Notice of Entry of Appearance** with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record registered to receive electronic service in this action.

*s/ Kashayla L. Unis, Esq.*
Kashayla L. Unis, Esq.